1

2

3

4

5

6

7

8

9
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10
MONDO VALDEZ,

11
          Petitioner,

12
    v.
Case No. C07-5353 FDB

13
KELLY ARLO,
ORDER ADOPTING REPORT
AND RECOMMENDATION
DENYING PETITION WITHOUT
PREJUDICE

14
          Respondent.

15

16
     This matter comes before the Court on the Report and Recommendation of the Magistrate

17
Judge that Petitioner's request for habeas corpus relief be denied and the petition be dismissed

18
without prejudice.  The Petitioner has not filed objection to the analysis of the Report and

19
Recommendation.

20
     The Court having reviewed the Report and Recommendation of the Hon. J. Kelley Arnold

21
United States Magistrate Judge, Petitioner's response to the Report and Recommendation, and the

22
remaining record, does hereby find and Order:

23
     (1)    The Court adopts the Report and Recommendation;

24
     (2)    This petition is **DENIED WITHOUT PREJUDICE.**  If Petitioner wishes to
             challenge prior convictions in the context of his current sentence and conviction he

25
             may be able to do so if the issues are exhausted and not time barred.  However, the
             petition must challenge the 2002 conviction which petitioner is now serving.

26

27
     (3)    The Clerk is directed to send copies of this Order to Petitioner's counsel, and the

28
ORDER - 1

1        Hon. J. Kelley Arnold.

2        DATED this 19th day of October, 2007.

3

4

5

6

7        FRANKLIN D. BURGESS
         UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   ORDER - 2